THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER HEILMAN-BLANTON,<br><br>Defendant. | Case No.: CR16-188JLR<br><br>~~(PROPOSED)~~<br>ORDER CONTINUING TRIAL ~~AND PRETRIAL MOTIONS DEADLINE~~ |

Based on the motion of the defendant to continue the trial date and pretrial motions deadline and the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, the court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.§ 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C.§ 3161(h)(7)(B(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable, under the circumstances to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the speedy trial act and currently set for this case. 18 U.S.C.§ 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense. 18 U.S.C.§ 3161(h)(7)(B)(iv).

AMBER HEILMAN-BLANTON – 161F3123
B11a- Proposed Order-Motion to Continue Trial

Law Offices of
ROBERT D. BUTLER
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448

1  IT IS NOW, THEREFORE, ORDERED that trial shall be continued from January ~~26~~ 3, 2017 to _April 10_, 2017 ~~and pre-trial motions continued from December 13, 2016, to~~ _____ 2017, and that the period of time from the filing date of the Motion to Continue until the new trial date shall be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv) and 18 U.S.C.§ 3161(h)(6).

DATED this _5th_ day of _January_, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

_/s/ Robert D. Butler_
Robert D. Butler, WSBA#22475
Attorney for Defendant
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Phone: (360) 734-3448
Fax: (360) 734-7975
Email: bob@rdbutlerlaw.com

AMBER HEILMAN-BLANTON – 161F3123
B11a- Proposed Order-Motion to Continue Trial

Law Offices of
ROBERT D. BUTLER
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of the record for all parties. I hereby certify that I have served by any other parties of record that are non CM/ECF participants via Tele-fax or United States Postal Mail.

DATED this 2nd day of January, 2017.

**LAW OFFICES OF ROBERT D. BUTLER**

/s/ Jasmin Chigbrow
Jasmin Chigbrow
Legal Assistant
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Phone: (360) 734-3448
Fax: (360) 734-7975
Email: admin@rdbutlerlaw.com

AMBER HEILMAN-BLANTON – 161F3123
B11a- Proposed Order-Motion to Continue Trial

Law Offices of
ROBERT D. BUTLER
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448