HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR16-0188JLR |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| AMBER HEILMAN-BLANTON, | |
| Defendant. | |

## STIPULATION OF THE PARTIES

The trial date in this matter is scheduled to commence on April 10, 2017 before the Honorable James L. Robart. Order Continuing Trial, Dkt. # 64. Defendant Amber Heilman-Blanton, through her counsel, Catherine Chaney, and the Government, through Assistant United States Attorney Nicholas Manheim, ask the Court to set a new pretrial motions' deadline of March 3, 2017. At a hearing on January 5, 2017, the Court granted defendant's motion for a new attorney and rescheduled the trial date, further indicating that the Court would consider setting a new deadline for pretrial

STIPULATION AND ORDER EXTENDING MOTIONS
DEADLINE IN CR16-0188JLR -- 1

CAMIEL & CHANEY, P.S.
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
206-343-7642 catherine@camielchaney.com

motions upon a request from the parties. Minutes of Hearing, Dkt. # 62. Undersigned counsel was appointed to represent Ms. Heilman-Blanton on January 6, 2017. Dkt. # 67.

The parties agree that additional time is necessary for the filing of pretrial motions to provide sufficient time for defense counsel to review discovery and to conduct defense investigation. The parties agree that their request will promote judicial efficiency in this matter.

DATED this 17th day of January, 2017.

Respectfully submitted,

*s/Catherine Chaney*
CATHERINE CHANEY, WSBA #21405
catherine@camielchaney.com
Attorney for Amber Heilman-Blanton


Signature authorized via email:

*s/Nicholas Manheim*
NICHOLAS MANHEIM
nicholas.manheim@usdoj.gov
Assistant United States Attorney

//
//
//
//
//
//
//
//

STIPULATION AND ORDER EXTENDING MOTIONS
DEADLINE IN CR16-0188JLR -- 2

CAMIEL & CHANEY, P.S.
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
206-343-7642 catherine@camielchaney.com

## ORDER

The Court, having considered the parties' stipulation to extend the deadline for pretrial motions to be filed in this matter, hereby ORDERS that pretrial motions must be filed on or before March 3, 2017. The court advises counsel that extensions are not likely to be granted.

DATED this 18th day of January, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Catherine Chaney, hereby certify that on January 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the attorney for the government.

*s/Catherine Chaney*
CATHERINE CHANEY

STIPULATION AND ORDER EXTENDING MOTIONS
DEADLINE IN CR16-0188JLR -- 3

CAMIEL & CHANEY, P.S.
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
206-343-7642  catherine@camielchaney.com