THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR16-0188JLR |
| Plaintiff, | ) |
| v. | ) ORDER [PROPOSED] GRANTING DEFENDANT'S MOTION TO SEAL HER SENTENCING MEMORANDUM |
| AMBER HEILMAN-BLANTON, | ) |
| Defendant. | ) |

The Court, having considered the Defendant Heilman-Blanton's Motion to Seal Her Sentencing Memorandum, hereby GRANTS the motion and ORDERS that Defendant Heilman-Blanton's Sentencing Memorandum shall remain under seal.

IT IS SO ORDERED.

DATED this 15 day of October, 2017.

_____
The Honorable James L. Robart
United States District Judge