THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMBER HEILMAN-BLANTON,<br><br>Defendant. | Case No. CR16-188JLR<br><br>ORDER [PROPOSED] GRANTING AGREED MOTION TO WAIVE SUBSISTENCE FEE PAYMENTS FOR RRC PLACEMENT |

The Court having reviewed the motion filed by Defendant Amber Heilman-Blanton requesting that the requirement that she pay up to 25% of her gross income for her placement in the Residential Reentry Center (RRC) program be waived, and the non-opposition of the United States of America and of the United States Probation Office, hereby GRANTS the motion.

//

//

//

ORDER GRANTING DEF. HEILMAN-BLANTON'S
MOTION TO WAIVE SUBSISTENCE FEE PAYMENTS
CASE NO. CR16-188JLR -- 1

CAMIEL & CHANEY, P.S.
Attorneys at Law
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
(206) 343-7642

IT IS HEREBY ORDERED THAT the defendant's requirement to pay up to 25% of her gross income towards the costs of placement in the Residential Reentry Center program is HEREBY WAIVED.

DATED this __1st__ day of August, 2018.

*[signature]*

James L. Robart
United States District Judge

ORDER GRANTING DEF. HEILMAN-BLANTON'S
MOTION TO WAIVE SUBSISTENCE FEE PAYMENTS
CASE NO. CR16-188JLR -- 2

CAMIEL & CHANEY, P.S.
Attorneys at Law
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
(206) 343-7642