# UNITED STATES DISTRICT COURT
Western District of Washington

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Amber Heilman-Blanton | Case Number: 2:16CR00188 |
| | USM Number: 73735-112 |
| | Catherine A. Chaney |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)  1 - 4  of the petitions dated 03/14/2019

☐ was found in violation(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Use of heroin | 02/20/2019 |
| 2. | Failure to report for urinalysis testing | 02/19/2019 |
| 3. | Failure to engage in mental health treatment | 12/27/2018 |
| 4. | Failure to engage in substance abuse treatment | 02/01/2019 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

_____
Assistant United States Attorney

4/1/2019
Date of Imposition of Judgment

_____
Signature of Judge

James L. Robart, United States District Judge
Name and Title of Judge

1 April 2019
Date

DEFENDANT: **Amber Heilman-Blanton**
CASE NUMBER: 2:16CR00188

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**14 MONTHS**

☒ The court makes the following recommendations to the Bureau of Prisons:
**PLACEMENT AT DUBLIN**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Amber Heilman-Blanton
CASE NUMBER: 2:16CR00188

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 200.00 ($50 paid) | $ N/A | $ Waived | $ 30,200.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Alliance One Receivables Management<br>6565 Kimball Drive, Suite 200<br>Gig Harbor, WA 98335 | $20.00 | $20.00 | |
| Carl Burger<br>8355 Hercules St<br>La Mesa, CA 91942 | $50.00 | $50.00 | |
| C.H.O. | $10.00 | $10.00 | |
| Common Ground Expresso<br>900 S 3rd Street, Unit A<br>Renton, WA 98057 | $100.00 | $100.00 | |
| Drexall Grocery Store<br>523 3rd Avenue<br>Seattle, WA 98104 | $100.00 | $100.00 | |
| Emerald Downs Racing<br>2300 Ron Crockett Drive<br>Auburn, WA 98001 | $20.00 | $20.00 | |
| Finish Line<br>1425 Southcenter Mall<br>Tukwila, WA 98188 | $220.00 | $220.00 | |
| Forever 21<br>401 NE Northgate Way #1104<br>Seattle, WA 98125 | $50.00 | $50.00 | |
| Fred Meyer<br>18325 Aurora Ave N<br>Shoreline, WA 98133 | $100.00 | $100.00 | |
| Highline Public School Depository<br>15675 Ambaum Blvd SW<br>Burien, WA 98166 | $10.00 | $10.00 | |

DEFENDANT: **Amber Heilman-Blanton**
CASE NUMBER: 2:16CR00188

| | | |
|---|---|---|
| Home Depot<br>11616 Aurora Ave N<br>Seattle, WA 98133 | $50.00 | $50.00 |
| Lowes<br>3511 5th Street SE<br>Puyallup, WA 98374 | $100.00 | $100.00 |
| McDonald' Restaurant<br>2580 SW Barton St<br>C/O STE L-1<br>Seattle, WA 98126 | $20.00 | $20.00 |
| Muckleshoot Gaming Commission<br>2700 Auburn Way S<br>Auburn, WA 98002 | $50.00 | $50.00 |
| O'Reillys<br>21055 44th Ave W<br>Mountlake Terrace, WA 98043 | $20.00 | $20.00 |
| Pagliacci Pizza<br>423 East Pike Street<br>Seattle, WA 98122 | $20.00 | $20.00 |
| QFC<br>10116 NE 8th Street<br>Bellevue, WA 98004 | $350.00 | $350.00 |
| Rite Aid<br>Attn: Loss Prevention<br>PO Box 3165<br>Harrisburg, PA 17105 | $150.00 | $150.00 |
| Safeway<br>1121 124th Ave NE<br>Bellevue, WA 98005 | $170.00 | $170.00 |
| Shari's Restaurant<br>9400 SW Germini Drive<br>Beaverton, OR 97008 | $20.00 | $20.00 |
| Snoqualmie Casino<br>37500 SE Northbend Way<br>Snoqualmie, WA 98065 | $100.00 | $100.00 |
| Taco Time<br>3300 Maple Valley Highway<br>Renton, WA 98058 | $20.00 | $20.00 |

DEFENDANT: **Amber Heilman-Blanton**
CASE NUMBER: 2:16CR00188

| | | |
|---|---:|---:|
| Target AP Recovery Teams Box 3433 Hayward, CA 94540-3433 | $28,010.00 | $28,010.00 |
| Victoria's Secret 1919 S Commons Federal Way, WA 98003 | $50.00 | $50.00 |
| Walgreens Restitution Department 200 Wilmont Road Deerfield, IL 60015 | $150.00 | $150.00 |
| Wal-Mart 3615 W. Bowles Ave Littleton, CO 80123 | $10.00 | $10.00 |
| Wal-Mart 11400 Highway 99 Everett, WA 98204 | $50.00 | $50.00 |
| TOTALS | $30,020.00 | $30,020.00 |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☒   the interest requirement is waived for the   ☐ fine   ☒ restitution
    ☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

☒   The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

\*   Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*  Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **Amber Heilman-Blanton**
CASE NUMBER: 2:16CR00188

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒ PAYMENT IS DUE IMMEDIATELY. Any unpaid amount shall be paid to Clerk's Office, United States District Court, 700 Stewart Street, Seattle, WA 98101.

- ☒ During the period of imprisonment, no less than 25% of their inmate gross monthly income or $25.00 per quarter, whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

- ☒ During the period of supervised release, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

- ☐ During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible. The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the United States District Court, Western District of Washington. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified on the Criminal Monetaries (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

Amber Heilman-Blanton and Antony Parker *(2:16CR00188JLR-002)*, Joint and Several Amount is $7,970.00

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.